LEE-MAR CLOAK CO., INC., Appellant, v. MANUFACTURERS TRUST COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. It would appear that in no event is plaintiff entitled to summary judgment because there is an issue of fact as to the ownership of the money. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

GINSBURG NEWS COMPANY, INC., Respondent, v. MORRIS DUHAN and MAXWELL G. DUHAN, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants, appellants to answer twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

JULIUS LIEB, Respondent, v. THE NEW YORK, CHICAGO and ST. LOUIS RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

IMPERIAL METAL MANUFACTURING CORPORATION and Others, Appellants, v. SELECTED INDUSTRIES INCORPORATED and Others, Respondents, Impleaded with Others.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

SEVENTH AVENUE & 35TH STREET CORPORATION, Respondent, v. JULIUS POTASH and JOSEPH POTASH, a Copartnership Doing Business as SUPREME DRESS COMPANY, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

UNION CAR ADVERTISING CO., INC., Respondent, v. BARRON G. COLLIER and Others, Appellants.*— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

NORMAN J. FITZSIMMONS, as a Stockholder of the GAME COCK CHOP HOUSE, INC., and Others Similarly Interested, Respondent, v. GORDON HARRIS and Others, Appellants, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

ETHEL JOHNSTONE, Respondent, v. STUART JOHNSTONE, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

EUGENE, LTD., Appellant, v. FIFTH AVENUE AND 43RD STREET BUILDING CORPORATION and Others, Respondents.— Judgment affirmed, with costs to the respondents Metropolitan Life Insurance Company, and John J. McNaboe and John F. Galvin, Jr., as Receivers, etc. No opinion. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

ELIZABETH B. VANDERKLOOT, Respondent, v. EDWARD W. HARDEN and Others, Appellants.†— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.